IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, COLUMBIA
2023 SEP 15 AM 10: 36

| | |
|---|---|
| Laurrinda Dayvon Barrentine<br><br>-against-<br><br>Richland County Sheriff's Department and<br><br>Manuel Y Gordillo | **Complaint for Violation of Civil Rights**<br>(Non-Prisoner Complaint)<br><br>Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial:  x Yes   ☐ No<br>*(check one)* |

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Laurrinda Dayvon Barrentine |
   | Street Address | 101 Curvewood Road |
   | City and County | Columbia Richland County |
   | State and Zip Code | South Carolina 29229 |
   | Telephone Number | 803-361-4250 |

   B.  **The Defendant(s)**

1

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Richland County Sheriff's Department |
| Job or Title (if known) | |
| Street Address | 5623 Two Notch Road |
| City and County | Columbia Richland County |
| State and Zip Code | South Carolina 29223 |
| Telephone Number | 803-576-3000 |
| ☐ Individual capacity | x   Official capacity |

Defendant No. 2

| | |
|---|---|
| Name | Manuel Y Gordillo |
| Job or Title | Deputy (if known) |
| Street Address | 5623 Two Notch Road |
| City and County | Columbia Richland County |
| State and Zip Code | South Carolina 29223 |
| Telephone Number | 803-576-3000 |
| ☐ Individual capacity | x   Official capacity |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| ☐ Individual capacity | ☐ Official capacity |

Defendant No. 4

2

Name  _____

Job or Title  _____
(if known)

Street Address  _____

City and County  _____

State and Zip Code  _____

Telephone Number  _____

☐     Individual capacity          ☐     Official capacity

**II.     Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐     Federal officials (a *Bivens* claim)

x     State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

SC Constitution Article 1 Declaration of Rights Sec.3, Sec. 4, Sec. 10.

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A.

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Deputy Manuel Y Gordillo acted under color of law by not allowing me to travel

freely in my private automobile. He kept me from life and liberty. He violated my rights to be secured in my person by unreasonable invasion of privacy in my automobile by assaulting me. Deputy Gordillo and the other officer on the scene of the traffic stop conspire to prevent me from exercising my constitutional rights after I told them I had the right to travel and didn't need a driver's license as I was not in a commercial capacity. Richland County Sheriff's Department acted under color of law by unreasonable search and seizure and unreasonable invasion of privacy. They also seized my vehicle which prohibited me from life, liberty, and property.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Clemson Road/N. Springs Road, Columbia, SC and 101 Curvewood Road, Columbia, SC 29229

B. What date and approximate time did the events giving rise to your claim(s) occur?

August 8, 2023 around 11:30 am and August 16, 2023 around 11 am.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was traveling in my private automobile going to get food for my kids when Deputy Manuel Y Gordillo stopped me for improper tags. He refused to see documentation to show I had a right to travel. He proceeded to try to open my car door saying I'm under arrest for suspended driver's license along with improper tags on vehicle. My car door was locked so then he entered my vehicle through the window while holding my arm. I tried rolling up my window because I was afraid and I had my child with me. I asked for a supervisor. Deputy Gordillo and another officer who he stated was his supervisor kept pushing my window down so I was unable to roll it up. I was recording at the time for my safety. I then left the scene as I was afraid and felt threatened and was trying to get my child home safely. Richland County Sheriff's Department then pursued me which ended and they issued a warrant for my arrest. There was about 15 officers who came to my home and broke my door to apprehend me. After they got me outside they went

upstairs and broke my bathroom door. The search warrant was not giving to me as I requested and they took me to jail. The search warrant was later discovered at my home but there was no affidavit attached to the search warrant. Deputy Gordillo took his time to take me to county jail by making several stops. He stopped to pick up warrants from the Magistrate in which he did not sign until he got me to the county detention center.

### IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

<u>I was traumatized by these events. My wrists are bruised from the handcuffs being too tight. I still have a tingling feeling in my left wrist. I do not have insurance so I didn't go to the hospital or able to seek counseling.</u>

### V.   Relief

State briefly what you want the court to do for you.  Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

<u>I seek money damages in the amount of $500,000.00 and Punitive damages in the amount of $5,000,000.00.</u>

### VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

5

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: September 15, 2023.

Signature of Plaintiff _____

Printed Name of Plaintiff Lawrinda Dayvon Barrentine


**B.      For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____

6